## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## DETROIT OFFICE

| | | |
|---|---|---|
| BRIAN O'NEIL, | ) | |
| | ) | |
| Plaintiff, | ) | 2:15-cv-14040-SFC-EAS |
| | ) | |
| v. | ) | **Judge Cox** |
| | ) | **Magistrate Judge Stafford** |
| ZENCO COLLECTIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER OF JUDGMENT

This matter having come before this Honorable Court on Plaintiff's Motion for Default Judgment, due notice having been given, the Court having been fully advised, and a Clerk's Order of Default having previously been entered against Defendant,

IT IS HEREBY ORDERED:

Judgment is entered in favor of Plaintiff, BRIAN O'NEIL, and against Defendant, ZENCO COLLECTIONS, LLC, as follows:

1. $1,000.00 statutory damages for Defendant's violation of the Fair Debt Collection Practices Act.

2. $2,000.00 actual damages, as established by Plaintiff's affidavit, for Defendant's violation of the Fair Debt Collection Practices Act.

3. $3,404.50 for Plaintiff's attorneys' fees.

4. $475.00 for Plaintiff's costs.

5. Total Judgment in the amount of $6,879.50.

Dated: May 12, 2016

s/ Sean F. Cox
Sean F. Cox
U. S. District Judge

I hereby certify that on May 12, 2016, the document above was served on counsel and/or

the parties of record via electronic means and/or First Class Mail.

s/ Jennifer McCoy
Case Manager
